UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RUPERT PERRY,

    *Plaintiff,*

    v.

SUNUP FINANCIAL, LLC,
TOTAL LOAN SERVICES, LLC,
*and* CAPITAL COMMUNITY
BANK, INC.,

    *Defendant.*

**Case Number: 3:23-cv-00485-TJC-LLL**

## JOINT STIPULATION TO STAY PROCEEDINGS PENDING BINDING ARBITRATION

Plaintiff, **RUPERT PERRY**, and Defendants, **SUNUP FINANCIAL, LLC, TOTAL LOAN SERVICES, LLC,** and **CAPITAL COMMUNITY BANK, INC.** (Plaintiff and Defendants are collectively referred to as the "Parties"), by and through respective counsel, hereby stipulate to the following:

1.    The Parties have jointly agreed to submit this action to binding arbitration before JAMS.

2.    The Parties request that this action be stayed pending the outcome of binding arbitration.

Respectfully submitted on May 23, 2023, by:

| | |
|---|---|
| /s/ *Carolyne Moomaw* | /s/ *Gillian Williston* |
| Carolyne Moomaw, Esq. | Gillian Williston, Esq. |
| Florida Bar No. 21889 | Florida Bar No. 14270 |
| Seraph Legal, P. A. | Troutman Pepper Hamilton Sanders LLP |
| 1614 N. 19th St. | 222 Central Park Ave, Ste 2000 |
| Tampa, FL 33605 | Virginia Beach, VA 23462 |
| 813-321-2349 | 757-687-7517 |
| CMoomaw@SeraphLegal.com | Gillian.Williston@troutman.com |
| Counsel for Plaintiff | Counsel for Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2023 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice to counsel for all parties.

/s/ *Carolyne Moomaw*
Carolyne Moomaw, Esq.
Florida Bar No. 21889